UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FTF LENDING, LLC, a Delaware Limited Liability Company,<br>　　　　Plaintiff,<br><br>v.<br><br>603 DOT AVE LLC, a Massachusetts Limited Liability Company, ANDREW J. COLLINS, Individually, THOMAS MEADE also know as THOMAS F. MEADE, IV, Individually, COLLECTOR-TREASURER, CITY OF BOSTON, COMMONWEALTH OF MASSACHUSETTS, and JOHN DOES NOS. 1-10, SAID NAMES BEING UNKNOWN AND FICTITIOUS, AS UNKNOWN OCCUPANTS OR TENANTS IN POSSESSION OF 603 DORCHESTER AVENUE, BOSTON, MASSACHUSETTS 02127<br>　　　　Defendant. | CIVIL ACTION NO.:  1:22-cv-10677<br><br><br><br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS MEADE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant Thomas Meade, through their respective attorneys, that the Defendant Thomas Meade may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant Thomas Meade to answer or otherwise respond to Plaintiff's Complaint is June 30, 2022.

1

Good cause exists for this extension as there is a good faith settlement communication occurring between the parties that may yield this case resolving on or before June 30, 2022.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant Thomas Meade hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: June 13, 2022

                                                Respectfully submitted,
                                                THOMAS F. MEADE,
                                                By his attorneys,

/s/ *Craig E. Rourke*
_____
Craig E. Rourke, BBO# 665643
325 Central Street
Saugus, Massachusetts 01906
(617) 806-6827
*crourke@craigrourke.com*

Respectfully submitted by Counsel for Plaintiff:

/s Brendan H. Little
_____
Brandon Little, BBO# 669738
Lippes Mathias, LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
(716) 853-5100
blittle@lippes.com