UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FTF LENDING LLC.,                       )
                Plaintiff(s)       )
                                        )
            V.                        )       Civil Action No. 22-10677-JCB
                                        )
603 DOT AVE LLC, et al.,                )
                Defendant(s)      )

**REPORT RE: REFERENCE FOR ALTERNATE DISPUTE RESOLUTION**
TO JUDGE BOAL

[ ]   The parties have informed the court that they wish to withdraw their request for ADR at this time.

[X]   On January 12, 2023, I held the following ADR proceedings:

      _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
      _____ FOLLOWUP CONFERENCE       _____ SUMMARY BENCH / JURY TRIAL
      _____ MINI-TRIAL                    _X_ MEDIATION SESSION

[X]   All parties were represented by counsel.

[X]   The parties were present in person or by authorized corporate officer.

The case was:

[X]   Settled.   The parties will be filing a Consent Judgment, after which time the court will issue a one hundred twenty-day settlement order of dismissal.

[ ]   The case is partially settled. The remainder of the matter should be restored to your trial list.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement: await further word from the parties.

[ ]   Other:

January 27, 2023                              /s/ Michael A. Ponsor
DATE                                            ADR Provider